| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Daniel A. Martinez** |
| Debtor 2 (Spouse, if filing) | **Kimberly A. Martinez** |
| United States Bankruptcy Court for the: | **Eastern District of Michigan** |
| Case number | **16-50782-mbm** |

Official Form 410S1

# Notice of Mortgage Payment Change

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount it due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: Ditech Financial LLC

**Last four digits** of any number You use to identify the debtor's account: 8764

**Court Claim no**. (if known): 19

**Date of Payment change:** 08/01/2018
Must be at least 21 days after date
Of this notice

**New total payment** $ 1,749.63
Principal, interest, and escrow, if any

---

**Part 1: Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [x] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Periodic escrow change

   **Current escrow payment:** $ 649.34       **New escrow payment:** $ 658.44

**Part 2: Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [x] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %       **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____       **New principal and interest payment:** $ _____

**Part 3: Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [x] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____       **New mortgage payment:** $ _____

---

Debtor 1 **Daniel A. Martinez** _____ Case number (if known) 16-50782-mbm

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[x] I am the creditor.

[ ] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Victoria Wilson                                  Date    07/09/2018
  Signature

Print        Victoria Wilson                Title   Bankruptcy Representative
Company      Ditech Financial LLC
Address      P.O. Box 6154
             Rapid City, SD 57709-6154
Contact phone  888-298-7785                 Email   poc.team@ditech.com

CERTIFICATE OF SERVICE
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE District of Michigan (Eastern)

IN RE: Daniel A. Martinez                    NO. 16-50782-mbm
       Kimberly A. Martinez

I hereby certify that on July 09, 2018, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

Daniel A. Martinez
28336 Hunter Court
Flat Rock, MI 48134

Kimberly A. Martinez
28336 Hunter Court
Flat Rock, MI 48134

Via filing with the US Bankruptcy Court's CM ECF system to the following:

Bryan Yaldou
Consumer Protection Attys of MI, PLLC
23000 Telegraph Rd.
Suite 5
Brownstown, MI 48134

David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

This is July 09, 2018

/s/ Victoria Wilson
Victoria Wilson
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709
Phone: 1-888-298-7785
Fax: 1-866-529-1471
Email: poc.team@ditech.com



PO Box 6172
Rapid City, SD 57709-6172

**Annual Escrow Account Disclosure Statement**

Statement Date: 06/15/2018
Your Loan Account Number:

**Questions?**



DANIEL A MARTINEZ
28336 HUNTER CT
FLAT ROCK MI  48134-1483

View your detailed, up-to-date escrow transactions online at **myaccount.ditech.com**

Call Customer Service at **1-800-643-0202**
Mon. – Fri. 7 am to 8 pm CST
Sat. 7 am to 1 pm CST

### SECTION 1  WHY AM I RECEIVING THIS STATEMENT?

We review your escrow account every year to ensure it is properly funded, based on your upcoming taxes and/or insurance premiums. This statement provides details of any changes in your escrow account and resulting changes to your mortgage payment.

Our review shows your escrow account has an escrow **surplus of $1,927.72**. You have a surplus because you have more funds than needed to cover your minimum escrow balance. See Section 4 for details. You will receive a separate check for this surplus amount, as long as your account is current. If your account is past due, the surplus funds remain in your escrow account.

**Effective August 01, 2018, your monthly mortgage payment will be $1,749.63**.

### SECTION 2  WHY ARE MY PAYMENTS CHANGING?

Changes to monthly escrow amounts are common. They're often caused by a change in your taxes and/or insurance premiums. So even if you have a surplus in your account, your monthly escrow payment could increase. This table shows how your escrow and mortgage payments are changing.

|  | Current Payment | Changes | New Payment |
|---|---|---|---|
| Due Date | 03/01/2018 |  | 08/01/2018 |
| Principal and Interest | $1,091.19 |  | $1,091.19 |
| Escrow Payment | $649.34 | h $9.10 | $658.44 |
| **TOTAL** | **$1,740.53** | h **$9.10** | **$1,749.63** |

We use anticipated payments from your escrow account to determine your monthly escrow payment:

| Combined Property Insurance | $778.00 |
| Combined Taxes | $4,961.93 |
| Mortgage Insurance | $2,161.44 |
| **TOTAL OUTGOING PAYMENTS** | $7,901.37 ÷ 12 months = **$658.44 Monthly Escrow** |

### SECTION 3  WHAT DO I NEED TO DO?

- As long as you are current on your mortgage payments, your escrow surplus check will be mailed to you separately.
- **If applicable, please watch for this separate check in the mail.**

- If you use automatic bill pay, please contact your bank to adjust your mortgage payment amount, due August 01, 2018.

| SECTION 4 | HOW IS MY ESCROW SURPLUS CALCULATED? |
|---|---|

Every year, we analyze what you'll need to pay in taxes and/or insurance premiums. We then calculate the amount you'll likely need in escrow to pay these bills. To determine if you have enough funds in your escrow account, we use the formula below. The pre-petition deficiency and shortage is the amount claimed on the bankruptcy proof of claim minus any funds paid. This amount is also considered when identifying any escrow shortage or surplus.

|  |  |  |
|---|---|---|
| Lowest Projected Balance | -$554.28 | (in gray below) |
| - Minimum Escrow Balance | $956.64 | (in gray below) |
| + Pre-Petition Deficiency and Shortage | $3,438.64 | |
| **Surplus Amount** | **$1,927.72** | |

Your escrow account has a minimum balance, as allowed by federal laws, state laws, or your mortgage contract. Your minimum balance includes up to two months of escrow payments to cover increases to your property taxes and/or homeowners insurance. Your minimum escrow balance is $956.64.

This table shows expected payments in and out of your account over the next 12 months:

| Date | What We Expect You to Pay to Escrow | What We Expect to Pay Out | Payment Description | Expected Balance | Balance Needed in Your Account |
|---|---|---|---|---|---|
| Beginning Balance | | | | $2,858.65 | $4,369.57 |
| 08/18 | $658.44 | $180.12 | PMI | $3,336.97 | $4,847.89 |
| 08/18 | | $3,891.25 | CITY/TOWN PA | -$554.28 | $956.64 |
| 09/18 | $658.44 | $180.12 | PMI | -$75.96 | $1,434.96 |
| 10/18 | $658.44 | $180.12 | PMI | $402.36 | $1,913.28 |
| 11/18 | $658.44 | $180.12 | PMI | $880.68 | $2,391.60 |
| 12/18 | $658.44 | $180.12 | PMI | $1,359.00 | $2,869.92 |
| 12/18 | | $1,070.68 | CITY/TOWN PA | $288.32 | $1,799.24 |
| 01/19 | $658.44 | $180.12 | PMI | $766.64 | $2,277.56 |
| 02/19 | $658.44 | $180.12 | PMI | $1,244.96 | $2,755.88 |
| 03/19 | $658.44 | $180.12 | PMI | $1,723.28 | $3,234.20 |
| 04/19 | $658.44 | $180.12 | PMI | $2,201.60 | $3,712.52 |
| 05/19 | $658.44 | $180.12 | PMI | $2,679.92 | $4,190.84 |
| 06/19 | $658.44 | $180.12 | PMI | $3,158.24 | $4,669.16 |
| 06/19 | | $778.00 | HAZARD INS | $2,380.24 | $3,891.16 |
| 07/19 | $658.44 | $180.12 | PMI | $2,858.56 | $4,369.48 |
| Ending Balance | | | | $2,858.56 | $4,369.48 |
| **TOTAL** | **$7,901.28** | **$7,901.37** | | | |

| SECTION 5 | WHAT HAPPENED SINCE MY LAST ESCROW REVIEW? |
|---|---|

In this table, you can see payments you made into your escrow account and outgoing payments we made from your escrow account. If we projected to pay out a significantly different amount, you'll see the difference noted in gray. These differences may impact whether you have enough funds in your escrow account.

| Date | What You Actually Paid to Escrow | What We Expected You to Pay to Escrow | What We Actually Paid Out | What We Expected to Pay Out | Payment Description | Actual Balance | Expected Balance from Last Review |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $2,143.48 | $4,142.25 |
| 08/17 | $644.34 | $649.34 | $180.12 | $180.12 | PMI | $2,607.70 | $4,611.47 |
| 08/17 | | | $3,891.25 | $3,673.03 | CITY/TOWN PA | -$1,283.55 | $938.44 |
| 09/17 | $649.34 | $649.34 | | $180.12 | PMI | -$634.21 | $1,407.66 |
| 10/17 | $649.34 | $649.34 | | $180.12 | PMI | $15.13 | $1,876.88 |
| 10/17 | | | $180.12 | | PMI | -$164.99 | $1,876.88 |
| 11/17 | $649.34 | $649.34 | | $180.12 | PMI | $484.35 | $2,346.10 |
| 11/17 | | | $180.12 | | PMI | $304.23 | $2,346.10 |
| 12/17 | | $649.34 | | $180.12 | PMI | $304.23 | $2,815.32 |
| 12/17 | | | $1,070.68 | $1,248.70 | CITY/TOWN PA | -$766.45 | $1,566.62 |
| 12/17 | | | $180.12 | | PMI | -$946.57 | $1,566.62 |
| 01/18 | $649.34 | $649.34 | | $180.12 | PMI | -$297.23 | $2,035.84 |
| 01/18 | | | $180.12 | | PMI | -$477.35 | $2,035.84 |
| 02/18 | $649.34 | $649.34 | | $180.12 | PMI | $171.99 | $2,505.06 |
| 02/18 | | | $180.12 | | PMI | -$8.13 | $2,505.06 |
| 03/18 | | $649.34 | | $180.12 | PMI | -$8.13 | $2,974.28 |
| 03/18 | | | $180.12 | | PMI | -$188.25 | $2,974.28 |
| 04/18 | $649.34 | $649.34 | | $180.12 | PMI | $461.09 | $3,443.50 |
| 04/18 | | | $180.12 | | PMI | $280.97 | $3,443.50 |
| 05/18 | $649.34 | $649.34 | | $180.12 | PMI | $930.31 | $3,912.72 |
| 05/18 | | | $180.12 | | PMI | $750.19 | $3,912.72 |
| 06/18 | $2,597.36 E | $649.34 | | $180.12 E | PMI | $3,347.55 | $4,381.94 |
| 06/18 | | | $778.00 | $709.00 | HAZARD INS | $2,569.55 | $3,672.94 |
| 06/18 | | | $180.12 | | PMI | $2,389.43 | $3,672.94 |
| 07/18 | $649.34 E | $649.34 | $180.12 E | $180.12 | PMI | $2,858.65 | $4,142.16 |
| Ending Balance | | | | | | $2,858.65 | $4,142.16 |
| **TOTAL** | **$8,436.42** | **$7,792.08** | **$7,721.25** | **$7,792.17** | | | |

E = estimated future payment

| SECTION 6 | ADDITIONAL MESSAGES |
|---|---|

**To the extent that you currently are protected by the automatic stay or have received a discharge from personal liability under the Bankruptcy Code, this Annual Escrow Account Disclosure Statement is for informational and/or compliance purposes only and is not a demand for payment from you personally or an attempt to impose personal liability. However, we retain the ability to enforce our lien on the property securing our loan, subject to applicable provisions of the Bankruptcy Code and other applicable law.**

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190  8100M

151168309

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 2641973

DATE: 08-13-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

**IN WITNESS WHEREOF,** said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

**GREEN TREE SERVICING LLC**

By: *[signature]*
Name: Wanda Lamb-Lindow
Title: Assistant Secretary