Debtor 1: Daniel A. Martinez

Debtor 2 (Spouse, if filing): Kimberly A. Martinez

United States Bankruptcy Court for the: Eastern District of Michigan (State)

Case number: 16-50782-lsg

Form 4100R
# Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for LB-Igloo Series IV Trust

**Court claim no.** (if known): 19-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 5 8 0

**Property address:** 28336 Hunter Court
Number    Street

Flat Rock      MI      48134
City           State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                              MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                (a) $ 4869.78
   b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b) $ 1412.89
   c. **Total.** Add lines a and b.                                           (c) $ 6282.67

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 05/01/2022
                                                              MM / DD / YYYY

| Debtor 1 | Daniel A. Martinez | | | Case number (if known) 16-50782-lsg |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 07/13/2022

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com



| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|
| | DATE | P&I | Escrow | TOTAL | Reference |
| | 08/01/16 | 1,091.19 | 745.83 | 1,837.02 | Payment listed in POC |
| | 08/01/17 | 1,091.19 | 649.34 | 1,740.53 | NOPC filed with the court |
| | 08/01/18 | 1,091.19 | 658.44 | 1,749.63 | NOPC filed with the court |
| | 09/01/19 | 1,091.19 | 850.52 | 1,941.71 | NOPC filed with the court |
| | 09/01/20 | 1,091.19 | 815.76 | 1,906.95 | NOPC filed with the court |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | Martinez |
| Date Filed: | 7/31/2016 |
| BK Case # | 16-50782 |
| 1st Post Petition Due Date: | 8/1/2016 |
| POC covers: | Fees/Costs Only |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Suspense Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/30/2016 | $1,837.02 | Post | 8/1/16 | 8/1/16 | $1,837.02 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/31/2016 | -$1,837.02 | Reversal | (8/1/16) | (8/1/16) | -$1,837.02 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/27/2016 | $1,837.02 | Post | 8/1/16 | 8/1/16 | $1,735.53 | $101.49 | $101.49 | | $101.49 | | | | $0.00 | $0.00 | | |
| 9/30/2016 | $1,837.02 | Post | 9/1/16 | 9/1/16 | $1,735.53 | $101.49 | $101.49 | | $202.98 | | | | $0.00 | $0.00 | | |
| 10/29/2016 | $1,837.02 | Post | 10/1/16 | 10/1/16 | $1,735.53 | $101.49 | $101.49 | | $304.47 | | | | $0.00 | $0.00 | | |
| 11/28/2016 | $1,837.02 | Post | 11/1/16 | 11/1/16 | $1,735.53 | $101.49 | $101.49 | | $405.96 | | | | $0.00 | $0.00 | | |
| 2/9/2017 | $1,840.00 | Post | 12/1/16 | 12/1/16 | $1,735.53 | $104.47 | $104.47 | | $510.43 | | | | $0.00 | $0.00 | | |
| 3/31/2017 | $1,750.00 | Post | 1/1/17 | 1/1/17 | $1,735.53 | $14.47 | $14.47 | | $524.90 | | | | $0.00 | $0.00 | | |
| 4/13/2017 | $3,489.06 | Post | 2/1/17 | 2/1/17 | $1,735.53 | $1,753.53 | $1,753.53 | | $2,278.43 | | | | $0.00 | $0.00 | | |
| 4/13/2017 | | Post | 3/1/17 | 3/1/17 | $1,735.53 | -$1,735.53 | | $1,735.53 | $542.90 | | | | $0.00 | $0.00 | | |
| 4/28/2017 | $1,750.00 | Post | 4/1/17 | 4/1/17 | $1,735.53 | $14.47 | $14.47 | | $557.37 | | | | $0.00 | $0.00 | | |
| 6/9/2017 | $1,750.00 | Post | 5/1/17 | 5/1/17 | $1,735.53 | $14.47 | $14.47 | | $571.84 | | | | $0.00 | $0.00 | | |
| 6/30/2017 | $1,750.00 | Post | 6/1/17 | 6/1/17 | $1,735.53 | $14.47 | $14.47 | | $586.31 | | | | $0.00 | $0.00 | | |
| 8/21/2017 | $1,750.00 | Post | 7/1/17 | 7/1/17 | $1,735.53 | $14.47 | $14.47 | | $600.78 | | | | $0.00 | $0.00 | | |
| 9/16/2017 | $1,750.00 | Post | 8/1/17 | 8/1/17 | $1,740.53 | $9.47 | $9.47 | | $610.25 | | | | $0.00 | $0.00 | | |
| 9/30/2017 | $1,750.00 | Post | 9/1/17 | 9/1/17 | $1,740.53 | $9.47 | $9.47 | | $619.72 | | | | $0.00 | $0.00 | | |
| 11/15/2017 | $1,750.00 | Post | 10/1/17 | 10/1/17 | $1,740.53 | $9.47 | $9.47 | | $629.19 | | | | $0.00 | $0.00 | | |
| 1/8/2018 | $1,750.00 | Post | 11/1/17 | 11/1/17 | $1,740.53 | $9.47 | $9.47 | | $638.66 | | | | $0.00 | $0.00 | | |
| 2/27/2018 | $1,740.00 | Post | 12/1/17 | 12/1/17 | $1,740.53 | -$0.53 | | $0.53 | $638.13 | | | | $0.00 | $0.00 | | |
| 3/5/2018 | -$1,740.00 | Reversal | (12/1/17) | (12/1/17) | -$1,740.00 | $0.00 | $0.53 | | $638.66 | | | | $0.00 | $0.00 | | |
| 3/6/2018 | $1,740.53 | Post | 12/1/17 | 12/1/17 | $1,740.53 | $0.00 | | | $638.66 | | | | $0.00 | $0.00 | | |
| 3/31/2018 | $1,750.00 | Post | 1/1/18 | 1/1/18 | $1,740.53 | $9.47 | $9.47 | | $648.13 | | | | $0.00 | $0.00 | | |
| 5/14/2018 | $1,850.00 | Post | 2/1/18 | 2/1/18 | $1,740.53 | $109.47 | $109.47 | | $757.60 | | | | $0.00 | $0.00 | | |
| 6/15/2018 | $1,850.00 | Post | 3/1/18 | 3/1/18 | $1,740.53 | $109.47 | $109.47 | | $867.07 | | | | $0.00 | $0.00 | | |
| 7/9/2018 | $1,750.00 | Post | 4/1/18 | 4/1/18 | $1,740.53 | $9.47 | $9.47 | | $876.54 | | | | $0.00 | $0.00 | | |
| 7/30/2018 | $4,726.94 | Post | 5/1/18 | 5/1/18 | $1,740.53 | $2,986.41 | $2,986.41 | | $3,862.95 | | | | $0.00 | $0.00 | | |
| 7/30/2018 | | Post | 6/1/18 | 6/1/18 | $1,740.53 | -$1,740.53 | | $1,740.53 | $2,122.42 | | | | $0.00 | $0.00 | | |
| 7/30/2018 | | Post | 7/1/18 | 7/1/18 | $1,740.53 | -$1,740.53 | | $1,740.53 | $381.89 | | | | $0.00 | $0.00 | | |
| 8/2/2018 | $4,726.94 | Post | 8/1/18 | 8/1/18 | $1,749.63 | $2,977.31 | $2,977.31 | | $3,359.20 | | | | $0.00 | $0.00 | | |
| 8/3/2018 | -$4,726.94 | Reversal | (8/1/18) | (8/1/18) | -$1,749.63 | -$2,977.31 | | $2,977.31 | $381.89 | | | | $0.00 | $0.00 | | |
| 8/10/2018 | | APO | C/O entered granting MFR Atty Fees | | | $0.00 | | | $381.89 | | | | $0.00 | $0.00 | | |
| 8/30/2018 | $1,755.00 | Post | 8/1/18 | 8/1/18 | $1,749.63 | $5.37 | $5.37 | | $387.26 | | | | $0.00 | $0.00 | | |
| 9/29/2018 | $1,850.00 | Post | 9/1/18 | 9/1/18 | $1,749.63 | $100.37 | $100.37 | | $487.63 | | | | $0.00 | $0.00 | | |
| 10/30/2018 | $1,850.00 | Post | 10/1/18 | 10/1/18 | $1,749.63 | $100.37 | $100.37 | | $588.00 | | | | $0.00 | $0.00 | | |
| 11/6/2018 | -$1,850.00 | Reversal | (10/1/18) | (10/1/18) | -$1,749.63 | -$100.37 | | $100.37 | $487.63 | | | | $0.00 | $0.00 | | |
| 11//19/2018 | $1,850.00 | Post | 10/1/18 | 10/1/18 | $1,749.63 | $100.37 | $100.37 | | $588.00 | | | | $0.00 | $0.00 | | |
| 11/29/2018 | $1,850.00 | Post | 11/1/18 | 11/1/18 | $1,749.63 | $100.37 | $100.37 | | $688.37 | | | | $0.00 | $0.00 | | |
| 1/21/2019 | $1,750.00 | Post | 12/1/18 | 12/1/18 | $1,749.63 | $0.37 | $0.37 | | $688.74 | | | | $0.00 | $0.00 | | |
| 2/5/2019 | $1,750.00 | Post | 1/1/19 | 1/1/19 | $1,749.63 | $0.37 | $0.37 | | $689.11 | | | | $0.00 | $0.00 | | |
| 4/1/2019 | $1,750.00 | Post | 2/1/19 | 2/1/19 | $1,749.63 | $0.37 | $0.37 | | $689.48 | | | | $0.00 | $0.00 | | |
| 4/29/2019 | $1,750.00 | Post | 3/1/19 | 3/1/19 | $1,749.63 | $0.37 | $0.37 | | $689.85 | | | | $0.00 | $0.00 | | |
| 6/10/2019 | $1,750.00 | Post | 4/1/19 | 4/1/19 | $1,749.63 | $0.37 | $0.37 | | $690.22 | | | | $0.00 | $0.00 | | |
| 7/8/2019 | $1,750.00 | Post | 5/1/19 | 5/1/19 | $1,749.63 | $0.37 | $0.37 | | $690.59 | | | | $0.00 | $0.00 | | |
| 8/31/2019 | $1,950.00 | Post | 6/1/19 | 6/1/19 | $1,749.63 | $200.37 | $200.37 | | $890.96 | | | | $0.00 | $0.00 | | |
| 10//3/19 | $1,941.71 | Post | 7/1/19 | 7/1/19 | $1,749.63 | $192.08 | $192.08 | | $1,083.04 | | | | $0.00 | $0.00 | | |
| 10/29/2019 | $1,950.00 | Post | 8/1/19 | 8/1/19 | $1,749.63 | $200.37 | $200.37 | | $1,283.41 | | | | $0.00 | $0.00 | | |
| 12/23/2019 | $1,950.00 | Post | 9/1/19 | 9/1/19 | $1,941.71 | $8.29 | $8.29 | | $1,291.70 | | | | $0.00 | $0.00 | | |
| 12/31/2019 | $1,942.00 | Post | 10/1/19 | 10/1/19 | $1,941.71 | $0.29 | $0.29 | | $1,291.99 | | | | $0.00 | $0.00 | | |
| 2/12/2020 | $1,941.71 | Post | 11/1/19 | 11/1/19 | $1,941.71 | $0.00 | | | $1,291.99 | | | | $0.00 | $0.00 | | |
| 3/9/2020 | $1,941.00 | Post | Suspense | | | $1,941.00 | $1,941.00 | | $3,232.99 | | | | $0.00 | $0.00 | | |
| 3/12/2020 | -$1,941.00 | Reversal | NSF | | | -$1,941.00 | | $1,941.00 | $1,291.99 | | | | $0.00 | $0.00 | | |
| 3/27/2020 | $1,941.71 | Post | 12/1/19 | 12/1/19 | $1,941.71 | $0.00 | | | $1,291.99 | | | | $0.00 | $0.00 | | |
| 4/21/2020 | $1,942.00 | Post | 1/1/20 | 1/1/20 | $1,941.71 | $0.29 | $0.29 | | $1,292.28 | | | | $0.00 | $0.00 | | |
| 6/2/2020 | $1,941.71 | Post | 2/1/20 | 2/1/20 | $1,941.71 | $0.00 | | | $1,292.28 | | | | $0.00 | $0.00 | | |
| 7/15/2020 | $1,941.71 | Post | 3/1/20 | 3/1/20 | $1,941.71 | $0.00 | | | $1,292.28 | | | | $0.00 | $0.00 | | |
| 8/28/2020 | $1,942.00 | Post | 4/1/20 | 4/1/20 | $1,735.53 | $206.47 | $206.47 | | $1,498.75 | | | | $0.00 | $0.00 | | |
| 9/22/2020 | $1,942.00 | Post | Suspense | | | $1,942.00 | $1,942.00 | | $3,440.75 | | | | $0.00 | $0.00 | | |
| 9/25/2020 | -$1,942.00 | Reversal | NSF | | | -$1,942.00 | | $1,942.00 | $1,498.75 | | | | $0.00 | $0.00 | | |
| 10/8/2020 | $1,942.00 | Post | 5/1/20 | 5/1/20 | $1,941.71 | $0.29 | $0.29 | | $1,499.04 | | | | $0.00 | $0.00 | | |
| 11/10/2020 | $1,942.00 | Post | 6/1/20 | 6/1/20 | $1,941.71 | $0.29 | $0.29 | | $1,499.33 | | | | $0.00 | $0.00 | | |
| 12/16/2020 | $1,906.95 | Post | 7/1/20 | 7/1/20 | $1,941.71 | -$34.76 | | $34.76 | $1,464.57 | | | | $0.00 | $0.00 | | |
| 1/30/2021 | $1,941.71 | Post | 8/1/20 | 8/1/20 | $1,941.71 | $0.00 | | | $1,464.57 | | | | $0.00 | $0.00 | | |

| Date | Amount | Type | Due Date | Due Date 2 | Charge | Adjustment | Credit | Paid | Balance | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/26/2021 | $1,906.95 | Post | **9/1/20** | 9/1/20 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 4/22/2021 | $1,906.95 | Post | **10/1/20** | 10/1/20 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,906.95 | Post | **11/1/20** | 11/1/20 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,906.95 | Post | **12/1/20** | 12/1/20 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,906.95 | Post | **1/1/21** | 1/1/21 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,906.95 | Post | **2/1/21** | 2/1/21 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,906.95 | Post | **3/1/21** | 3/1/21 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,906.95 | Post | **4/1/21** | 4/1/21 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,906.95 | Post | **5/1/21** | 5/1/21 | $1,906.95 | $0.00 | | | $1,464.57 | $0.00 | $0.00 |
| 6/6/2021 | $1,030.45 | Post | **6/1/21** | 6/1/21 | $1,906.95 | -$876.50 | | $876.50 | $588.07 | $0.00 | $0.00 |
| 7/19/2021 | $1,907.00 | Post | **7/1/21** | 7/1/21 | $1,906.95 | $0.05 | $0.05 | | $588.12 | $0.00 | $0.00 |
| 8/25/2021 | $1,906.95 | Post | **8/1/21** | 8/1/21 | $1,906.95 | $0.00 | | | $588.12 | $0.00 | $0.00 |
| 9/24/2021 | $1,906.95 | Post | **9/1/21** | 9/1/21 | $1,906.95 | $0.00 | | | $588.12 | $0.00 | $0.00 |
| 10/22/2021 | $1,906.95 | Post | **10/1/21** | 10/1/21 | $1,906.95 | $0.00 | | | $588.12 | $0.00 | $0.00 |
| 11/18/2021 | $1,906.95 | Post | **11/1/21** | 11/1/21 | $1,726.83 | $180.12 | $180.12 | | $768.24 | $0.00 | $0.00 |
| 12/29/2021 | $1,726.83 | Post | **12/1/21** | 12/1/21 | $1,726.83 | $0.00 | | | $768.24 | $0.00 | $0.00 |
| 2/22/2022 | $1,726.83 | Post | **1/1/22** | 1/1/22 | $1,726.83 | $0.00 | | | $768.24 | $0.00 | $0.00 |
| 3/21/2022 | $1,726.83 | Post | **2/1/22** | 2/1/22 | $1,726.83 | $0.00 | | | $768.24 | $0.00 | $0.00 |
| 3/28/2022 | -$1,726.83 | Reversal | **(2/1/22)** | (2/1/22) | -$1,726.83 | $0.00 | | | $768.24 | $0.00 | $0.00 |
| 4/14/2022 | $3,350.09 | Post | **2/1/22** | 2/1/22 | $1,726.83 | $1,623.26 | $1,623.26 | | $2,391.50 | $0.00 | $0.00 |
| 4/20/2022 | | Post | **3/1/22** | 3/1/22 | $1,623.26 | -$1,623.26 | | $1,623.26 | $768.24 | $0.00 | $0.00 |
| 6/1/2022 | $1,623.26 | Post | **4/1/22** | 4/1/22 | $1,623.26 | $0.00 | | | $768.24 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $768.24 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $768.24 | | |
| | POST DUE | | Post | 5/1/22 | | $1,623.26 | -$1,623.26 | | $768.24 | $0.00 | $0.00 |
| | POST DUE | | Post | 6/1/22 | | $1,623.26 | -$1,623.26 | | $768.24 | $0.00 | $0.00 |
| | POST DUE | | Post | 7/1/22 | | $1,623.26 | -$1,623.26 | | $768.24 | $0.00 | $0.00 |
| | POST DUE | | Pre | Pre-Petition Arrears | Secured, Paid Direct | $381.89 | -$381.89 | | $768.24 | $0.00 | $0.00 |
| | POST DUE | | Post | Filed PPFN | Secured, Paid Direct | $1,031.00 | -$1,031.00 | | $768.24 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $768.24 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $768.24 | $0.00 | $0.00 |

(Remaining rows contain only $0.00 in the charge column and $768.24 in the balance column with $0.00 in the final two columns.)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In Re:                                             Case No. 16-50782-lsg

Daniel A. Martinez
Kimberly A. Martinez                               Chapter 13

Debtors.                                           Judge Lisa S. Gretchko

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Response to Notice of Final Cure Payment has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on July 13, 2022 to the following:

Daniel A. Martinez, Debtor
28867 Telegraph Rd.
Flat Rock, MI 48134

Kimberly A. Martinez, Debtor
28336 Hunter Court
Flat Rock, MI 48134

Charles J. Schneider, Debtors' Counsel
notices@cschneiderlaw.com

Bryan Yaldou, Debtors' Counsel
Bryan.valdou@gmail.com

David Wm. Ruskin, Trustee
Ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                    Respectfully Submitted,

                                                    /s/ Molly Slutsky Simons
                                                    Molly Slutsky Simons (OH 0083702)
                                                    Sottile & Barile, Attorneys at Law
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com
                                                    Attorney for Creditor